KOHN DISPLAY AND WOODWORKING COMPANY *v.*
PARAGON PAINT AND VARNISH CORPORATION

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is denied.

*David E. Kamins,* for the appellee (plaintiff).

*Jack M. Krulewitz,* for the appellant (defendant).

Argued October 5—decided October 5, 1971

IN RE APPLICATION OF THOMAS J. COURTNEY FOR A
PERMANENT LICENSE TO PRACTICE AS AN ATTORNEY

The motion of Thomas J. Courtney to dismiss the
appeal of the State Bar Examining Committee,
dated August 20, 1971, is granted for the reason
that the order appealed from is not a final judgment.

The motion by the State Bar Examining Commit-
tee for review from the Superior Court in Fairfield
County is denied in the absence of a finding. See
Practice Book § 694, as amended.

*John J. Hunt,* for the applicant.

*Frederick L. Comley,* for the State Bar Examining
Committee.